In the Matter of the Claim of LUCIA T. BOTTE, Respondent, against SHEFFIELD
FARMS COMPANY, INC., Appellant.   STATE INDUSTRIAL BOARD, Respondent.—
Award unanimously affirmed, with costs to the State Industrial Board.   Present
— Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MICHAEL LYNCH, Respondent, against AMERICAN
RAILWAY EXPRESS COMPANY, Appellant.   STATE INDUSTRIAL BOARD, Respondent.
— Award unanimously affirmed, with costs to the State Industrial Board.   Present
— Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MARY SMITH, Respondent, against JOHN WANA-
MAKER and Another, Appellants.   STATE INDUSTRIAL BOARD, Respondent.—
The lump sum award is affirmed but the matter is remitted to the State Industrial
Board to have the decision modified by inserting therein provisions which will
insure payment of the sum, $5,813.75, upon the two mortgages and leaving the
unpaid balance upon the mortgage which runs the longer period.   Cochrane, P. J.,
Van Kirk, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of WILLIAM POETZSCH, Respondent, against ERIE
RAILROAD COMPANY, Appellant.   STATE INDUSTRIAL BOARD, Respondent.—
Award unanimously affirmed, with costs to the State Industrial Board.   Present —
Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of GARNETT DERRETT, Respondent, against WILLIAMS
GOLD REFINING COMPANY and Another, Appellants.   STATE INDUSTRIAL BOARD,
Respondent.— Award unanimously affirmed, with costs to the State Industrial
Board.   Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ELLEN FOLEY, Respondent, against GEORGE
ROBERTS & COMPANY, INC., and Another, Appellants.   STATE INDUSTRIAL BOARD,
Respondent.— Award unanimously affirmed, with costs to the State Industrial
Board.   Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of STANLEY DARO (HUDIRN), Respondent, against
NATIONAL CARBON COMPANY and Another, Appellants.   STATE INDUSTRIAL BOARD,
Respondent.— Award unanimously affirmed, with costs to the State Industrial
Board.   Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of FRED W. SILBERKRAUS for the Appraisal
of Certain Stock of SCHAFFER STORES COMPANY, INC.   In the Matter of the
Application of WILLIAM H. BROWN for the Appraisal of Certain Stock of SCHAF-
FER STORES COMPANY, INC.   In the Matter of the Application of ESTHER B.
SILBERKRAUS, for the Appraisal of Certain Stock of SCHAFFER STORES COMPANY,
INC., Appellant.— Reargument ordered.   Present — Cochrane, P. J., Van Kirk,
Hinman and Davis, JJ.; Whitmyer, J., not sitting.

In the Matter of the Claim of MARY A. HOOD, Respondent, against JOB E.
HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.   STATE
INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State
Industrial Board.   Cochrane, P. J., Van Kirk, Hinman and Whitmyer, JJ., concur;
Davis, J., dissents on the ground that the evidence does not support the finding
that the death of the employee was caused by the accident.